UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BEACH EATERY & SURF BAR, LLC, d/b/a JACK DIDLEY'S EATERY AND CATERING; ERIC TODD JONES and REBECCA JONES, husband and wife and the marital community composed thereof; BENJAMIN ADAM TRUDEAU and JANE DOE TRUDEAU, husband and wife and the marital community composed thereof; MATTHEW THOMAS HIBBARD and JANE DOE HIBBARD, husband and wife and the marital community composed thereof; MICHAEL V. EISELE and JANE DOE EISELE, husband and wife and the marital community composed thereof; MICHAEL D. CATES; and JOHN and JANE DOES 1-5,<br><br>        Defendants. | No.  2:13-CV-5041-EFS<br><br>**ORDER DISMISSING CASE** |

On May 27, 2016, the parties filed a stipulated dismissal, ECF No. 63.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

 **1.** The parties' Stipulation of Dismissal, **ECF No. 63**, is **GRANTED.**

ORDER DISMISSING CASE - 1

1    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties
2           to bear their own costs and attorneys' fees.
3    **3.**    All pending motions are **DENIED AS MOOT.**
4    **4.**    All hearings and other deadlines are **STRICKEN.**
5    **5.**    The Clerk's Office is directed to **CLOSE** this file.
6    **IT IS SO ORDERED.**    The Clerk's Office is directed to enter this
7 Order and provide copies to all counsel.
8    **DATED** this  1st  day of June 2016.

                                s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2013\5041.org.grant.stip.dis.lc2.docx

ORDER DISMISSING CASE - 2